# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Albert Thomas, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:96-cv-00527-JOF |
| Georgia State Board of Pardons And : | |
| Paroles, et al., : | |
| : | |
| Defendants. : | |

## **OPINION & ORDER**

The court is in receipt of correspondence from Albert Thomas inquiring as to the status of his June 29, 2009, motion for reconsideration. The court has no record of such motion on its docket. The court notes that Mr. Thomas's address on his correspondence differs from that currently listed on the court's docket. The Clerk of the Court is DIRECTED to update Mr. Thomas's address to that listed below and to serve this order on him.

Albert Thomas #379155
Bostick State Prison
P.O. Box 1700
Hardwick, Georgia 31034

**IT IS SO ORDERED** this 1st day of December 2009.


                                                         /s   J. Owen Forrester
                                                        J. OWEN FORRESTER
                                   SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)